UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESTCHESTER ENTERPRISES, Inc. a
New York Corporation

    -v-

Patrick Perrin, a citizen of France, and Societe
D'Organisation Culturelle, also known as SOC
a French Societe a Responsabilite Limitee

Plaintiff

Defendant

**08 CV 03268**

Case No._____

**Rule 7.1 Statement**

RECEIVED
APR 01 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

WESTCHESTER ENTERPRISES            (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    There are no such corporations.

Date: 4/1/08

Signature of Attorney

Attorney Bar Code: AO-3104

Form Rule7_1.pdf   SDNY Web 10/2007