UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WESTCHESTER ENTERPRISES, INC.,
a New York Corporation,

                Plaintiff,

-against-

PATRICK PERRIN, a citizen of France,
and SOCIÉTÉ D'ORGANISATION
CULTURELLE, also known as SOC
a French Société à Responsabilité Limitée,

                Defendants.
------------------------------------------------------------X

**Rule 7.1 Disclosure**

Docket no. 08 civ 03268

Judge Leisure

       Defendants, for their Rule 7.1 disclosure, state:

       Parent corporations and any publicly held corporation owning 10% or more of defendants' stock: None.

Dated: July 7, 2008

                              Yours etc.
                              Becker & D'Agostino, PC
                              880 Third Avenue
                              New York, NY 10022
                              (212) 752-3380
                              Trial counsel to Jacob Sebag & Associates., PC
                              Attorneys for defendants

                              by: s/Michael D'Agostino
                              Michael D'Agostino (MD9825)

To:
Stevens & Lee, PC
485 Madison Avenue, 20th fl.
New York, NY 10022
Attn: Alec P. Ostrow, Esq.
Attorneys for plaintiff